# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SIMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D.G. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-726-OWW-MJS (PC)<br><br>ORDER DENYING MOTION TO BE ADDED TO CIVIL COMPLAINT<br><br>(Doc. 7) |

　　　Plaintiff Stanley Sims ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to be Added to Civil Complaint [Doc. 7] asking that the Court add the documents attached to Plaintiff's Motion to his Complaint.

　　　Plaintiff is advised that the Court cannot serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits, etc.).  The parties may not file evidence with the Court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).  Should Plaintiff desire to amend his Complaint and include documents as an exhibit, he may do so.  See Fed. R. Civ. Proc. 15(a) ("A party may amend its pleading once as a matter of course before being served with a responsive pleading.").  However, since the Court is required to accept the allegations in his Complaint as true for the purposes of screening, evidence in support of such allegations is unnecessary.

1

For the reasons stated above, Plaintiff's Motion to be Added to Civil Complaint [Doc. 7] is DENIED.

IT IS SO ORDERED.

Dated:   June 21, 2010                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE